UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

YALE LARRY BALCAR,                                          Plaintiff,

v.                                          Civil Action No. 3:16-cv-P1-DJH

KENTUCKY STATE REFORMATORY et al.,             Defendants.

\* \* \* \* \*

## <u>ORDER</u>

This matter was referred to Magistrate Judge Colin H. Lindsay for Report and Recommendation regarding Plaintiff's motions for preliminary injunctive relief. Judge Lindsay entered his Report and Recommendation on September 21, 2017 (Docket No. 87), recommending denial of the motions. The time for objections to the magistrate judge's Report and Recommendation has now run, with no objections filed. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the Report and Recommendation, the Court may adopt them without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate[ judge's] factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."). Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's Report and Recommendation. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Report and Recommendation of Magistrate Judge Lindsay (DN 87) is **ADOPTED** in full and **INCORPORATED** herein by reference.

(2)     Plaintiff's motions for preliminary injunctive relief (DNs 6, 15, 24, 41, 64 & 69)

are **DENIED**.

Date:

cc:     Plaintiff, *pro se*
        Counsel of Record
4415.005